FILED:  September 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

No. 22-6438

───────────────

DANIEL W. PHOENIX, a/k/a Daniel W. Jamison,

        Plaintiff – Appellant,

v.

STACEY A. KINCAID, Sheriff; MARK W. SITES, Chief Deputy of Operations; LISHAN KASSA, MD; JONITA CONNER, MD; JANET WURIE, NP, Fairfax County Adult Detention Center; 1ST LT. AUGHAVEN, Grievance Coordinator; 2ND LT.  MESIER, #252; LT. REJEILI; DEPUTY ABEL, #054; DEPUTY JONES; DEPUTY PLAZICK,

        Defendants – Appellees,

and

XIN  WANG, NP, Fairfax Couty Adult Detention Cener; DEPUTY PJ THOMPSON, #789; SGT.  PUTMAN, #860; S. RAY, DDS; ERICHA RAUF, Director of Nursing; DEPUTY   STRAUSER; S. CARLISLE, DDS; LT. PERKINS; LT.  PARSONS, #382; LT.  EVENS; ARAMARK, Director of Food Services at the Fairfax County ADC,

        Defendants.

───────────────

O R D E R

───────────────

The court amends its opinion filed September 6, 2023, as follows:

On the cover page, the appellant's name is changed to "DANIEL W. PHOENIX, a/k/a Daniel W. Jamison."

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk